|                                                          |     |                    |
|----------------------------------------------------------|-----|--------------------|
|                                                          | *   | IN THE             |
|                                                          | *   | SUPREME COURT      |
| IN THE MATTER OF THE APPLICATION OF GABRIELA             | *   |                    |
| REZETKO TO RESIGN FROM THE PRACTICE OF LAW IN MARYLAND   | *   | OF MARYLAND        |
|                                                          | *   | AG No. 57          |
|                                                          | *   | September Term, 2025 |
|                                                          | *   |                    |

## ORDER

Upon consideration of the application to resign from the practice of law filed by Gabriela Rezetko on April 20, 2026, and Bar Counsel's response to the application filed on April 27, 2026, advising that Bar Counsel conducted an investigation and is satisfied that the requirements of Rule 19-735(b) have been met and requests that the application be accepted, it is this 28th day of April 2026,

ORDERED, by the Supreme Court of Maryland, that the resignation of Gabriela Rezetko from the Bar of the State of Maryland is accepted; and it is further

ORDERED, that, pursuant to Rule 19-735(e), the Clerk of this Court shall remove the name Gabriela Rezetko from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State; and it is further

ORDERED, that the Clerk of the Court shall give any notice required by Rule 19-707(e).



/s/ Shirley M. Watts
Senior Justice